AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| SHAY TROISI, an individual, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-22917-BB |
| DESSA BRANDS CORP.,  a Florida Corporation, and SLAVA FURMAN, an individual, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DESSA BRANDS CORP.
c/o Registered Agent, Slava Furman
1150 NW 72nd Avenue Tower I Suite 455
Miami, Florida 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith M. Stern, Esquire
Law Office of Keith M. Stern, P.A.
80 S.W. 8th Street, Suite 2000
Miami, Florida 33130
Tel: (305) 901-1379

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Apr 27, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| SHAY TROISI, an individual, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:26-cv-22917-BB |
| DESSA BRANDS CORP.,  a Florida Corporation, and SLAVA FURMAN, an individual, | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SLAVA FURMAN
1150 NW 72nd Avenue Tower I Suite 455
Miami, Florida 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Keith M. Stern, Esquire
> Law Office of Keith M. Stern, P.A.
> 80 S.W. 8th Street, Suite 2000
> Miami, Florida 33130
> Tel: (305) 901-1379

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Apr 27, 2026

Angela E. Noble
Clerk of Court

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts